Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
LUIS TORRES TORRES

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>LUIS TORRES TORRES,<br><br>               Defendant. | Case No.: 2:19-cr-00130-KJM<br><br>**REQUEST FOR WAIVER OF DEFENDANT'S IN-PERSON APPEARANCE (LOCAL RULE 137(b) & GENERAL ORDER 616)** |

Pursuant to Local Rule 137(b) and General Order 616, defendant Luis Torres Torres hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court after trial, and upon imposition of sentence. Defendant hereby requests the Court to proceed by videoconference of defendant's presence, the same as if defendant were present in-person, and further agrees to be present in court ready for sentencing any day and hour the Court may fix in his absence. Undersigned has consulted with the defendant and the defendant consents to counsel's signing on defendant's behalf.

Dated:  November 12, 2020                          /s/ Michael E. Hansen for
                                                                        LUIS TORRES TORRES


     I agree with and consent to my client's waiver of appearance.

Dated:  November 12, 2020                          /s/ Michael E. Hansen
                                                                        MICHAEL E. HANSEN
                                                                        Attorney for Defendant
                                                                        LUIS TORRES TORRES

**1**

**Request for Waiver of Defendant's Personal Presence**

## ORDER

I approve the above waiver of in-person presence.  IT IS SO ORDERED.

DATED:   November 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Request for Waiver of Defendant's Personal Presence