**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
erinjradekin@gmail.com

Attorney for Defendant
LUIS TORRES TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS TORRES TORRES, <br><br> Defendant. | CASE NO. 2:19-CR-00130-DAD-1 <br><br> **ORDER RE REQUEST TO FILE EXHIBIT B UNDER SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit B of the Defendant's Notice of Non-Supplementation Motion —to wit, the defendant's medical records—shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated:  **September 14, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1