UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS TORRES TORRES,<br><br>Defendant. | No. 2:19-cr-00130-DAD<br><br>ORDER DENYING DEFENDANT TORRES'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)<br><br>(Doc. Nos. 44, 45) |

Pending before the court is defendant Luis Torres Torres's motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1) filed on April 22, 2022. (Doc. No. 44.) The pending motion is in large part based upon the risks to defendant purportedly posed by the coronavirus ("COVID-19") pandemic.

On June 23, 2022, the then-assigned district judge referred defendant's motion to the Office of the Federal Defender ("the FDO") for review and possible supplementation, and on October 4, 2022, the undersigned appointed counsel for that same purpose in place of the Federal Defender. (Doc. Nos. 50, 52.) After receiving several extensions of time, on September 14, 2023, appointed counsel ultimately filed a notice of non-supplementation, in which counsel represented that she was "unable to procure updated inmate data, despite multiple requests by the federal defender and the undersigned beginning in July 2022," and defendant "Torres' present release date is November 29, 2023." (Doc. No. 62.)

1

The court takes judicial notice that the Bureau of Prisons inmate locator reflects that defendant Torres was in fact released from the custody of the U.S. Bureau of Prisons on November 29, 2023.[1] Thus, defendant's pending § 3582 motion, in which defendant sought a modification of his sentence of imprisonment to time served, will be denied as having been rendered moot by his release from prison.

Accordingly,

1. Defendant Torres' motion brought pursuant to 18 U.S.C. § 3582(c)(1) (Doc. No. 44) is denied as having been rendered moot by his release from prison;

2. The government's motion for an extension of time (Doc. No. 45) is denied as having been rendered moot by this order; and

3. This case shall remain closed.

IT IS SO ORDERED.

Dated:  **April 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] U.S. BUREAU OF PRISONS, INMATE LOCATOR, https://www.bop.gov/inmateloc/ (last visited on April 30, 2024).